

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00332-CR

---

Michael Todd Phipps
v.
The State of Texas

---

On Appeal from the
399th District Court of Bexar County, Texas
Trial Court Cause No. 2019CR9693

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

August 28, 2024